# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mohammed Ereikat,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Element Global Services,<br><br>　　　　　　Defendant. | **Case No.: 3:15-cv-05317-RS**<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**HON. RICHARD SEEBORG** |

　　　Based upon Plaintiff's Request for Voluntary Dismissal of Action With Prejudice, and good cause, this Court hereby orders the dismissal of the Action With Prejudice.

　　　IT IS SO ORDERED.

Dated: 4/6/16　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE